IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 3:20-CR-164-S |
| TERRY ALLEN SIMPSON | § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **TERRY ALLEN SIMPSON** is charged in a petition with a violation of the terms of her supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

1. find Defendant violated the terms of his supervised release, specifically, the Special Conditions prohibiting, *inter alia*, possession of an internet-capable communications device and possessing or viewing pornographic images, and requiring participation in a sex offender treatment program; but
2. not revoke Defendant's supervised release; and
3. amend the conditions of supervised release to include the completion of 80 hours of community service and mental health treatment/counsel, both as directed by the Probation Officer.

**SO RECOMMENDED** on August 25, 2023.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **[Defendant's name]**, hereby

- ☒ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- ☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

08 25 2023
Date

Defendant

Defense Counsel

**Waiver Consented to by United States**

Assistant U.S. Attorney