# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0164-S |
| | § | |
| TERRY ALLEN SIMPSON (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Terry Allen Simpson's term of supervised release. *See* Order, ECF No. 15. The Court has received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Report & Recommendation") [ECF No. 23] pursuant to its order. Defendant waived his right to object to the Report & Recommendation and his right to allocute before the United States District Judge. *See* Report & Recommendation. The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report & Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the conditions of Defendant's supervised release are modified to include the following two conditions:

1. The Defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The Defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

1

2.     The Defendant shall complete 80 hours of community service. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). The Defendant must provide written verification of completed hours to the probation officer.

SO ORDERED.

SIGNED September 15, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE